NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3006

CHARLES G. MORGAN,

Petitioner

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF1221080135-W-1.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

The Department of Energy moves for a 46-day extension of time, until March 9, 2009, to respond to Charles G. Morgan's motion to reinstate.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

JAN 3 0 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard Segerblom, Esq.
    Jane W. Vanneman, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2009

JAN HORBALY
CLERK